**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-70697-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Stanley C. Henderson<br>PO Box 255<br>Robinson PA 15949 | Dorothy E. Henderson<br>19 Washington Street<br>Robinson PA 15949 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/31/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Select Portfolio Servicing, Inc.,, as servicing agent for, DLJ Mortgage Capital, Inc., Attn: Remittance Processing, P.O. Box 65450, Salt Lake City, UT 84165-0450 | US Bank Trust NA<br>SN Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/02/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Stanley C. Henderson  
Dorothy E. Henderson  
    Debtors

Case No. 16-70697-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: mgut     Page 1 of 1     Date Rcvd: Dec 31, 2019  
                       Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15072651      E-mail/Text: jennifer.chacon@spservicing.com Jan 01 2020 01:22:35
       Select Portfolio Servicing, Inc.,,    as servicing agent for,    DLJ Mortgage Capital, Inc.,
       Attn: Remittance Processing,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
                                                                                               TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2020                                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2019 at the address(es) listed below:

        Alexandra Teresa Garcia     on behalf of Creditor     Bayview Loan Servicing, LLC, a Delaware Limited
          Liability Company ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
        Ann E. Swartz     on behalf of Creditor     Bayview Loan Servicing, LLC, a Delaware Limited Liability
          Company ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
        Celine P. DerKrikorian     on behalf of Creditor     Bayview Loan Servicing, LLC, a Delaware Limited
          Liability Company ecfmail@mwc-law.com
        James Warmbrodt     on behalf of Creditor     Select Portfolio Servicing as servicer for DLJ
          Mortgage Capital, Inc. bkgroup@kmllawgroup.com
        James Warmbrodt     on behalf of Creditor     DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
        Kenneth P. Seitz     on behalf of Joint Debtor Dorothy E. Henderson thedebterasers@aol.com
        Kenneth P. Seitz     on behalf of Debtor Stanley C. Henderson thedebterasers@aol.com
        Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                                                                           TOTAL: 9