**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   STANLEY C HENDERSON
   DOROTHY E. HENDERSON

       Debtor(s)

  Ronda J. Winnecour

       Movant
    vs.

  US BANK TRUST NA - TRUSTEE OF IGLOO
SERIES IV TRUST   Respondent(s)

Case No. 16-70697JAD

Chapter 13

Document No.____

INTERIM NOTICE OF CURE OF ARREARS

     Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3001(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

     The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 7
Court Claim Number - 2

   3/17/2020

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    STANLEY C HENDERSON
    DOROTHY E. HENDERSON

        Debtor(s)

   Ronda J. Winnecour

        Movant
      vs.

   US BANK TRUST NA - TRUSTEE OF IGLOO
SERIES IV TRUST
        Respondent(s)

Case No.:16-70697JAD

Chapter 13

Document No.___

**CERTIFICATE OF SERVICE**

     I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

---

STANLEY C HENDERSON, PO BOX 255, ROBINSON, PA  15949

DOROTHY E. HENDERSON, 19 WASHINGTON STREET, ROBINSON, PA  15949

KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, POB 211, LIGONIER, PA  15658

US BANK TRUST NA - TRUSTEE OF IGLOO SERIES IV TRUST, C/O SN SERVICING CORP (*), 323 5TH ST, EUREKA, CA  95501

MICHELLE R GHIDOTTI-GONSALVES ESQ, 1920 OLD TUSTIN AVE, SANTA ANA, CA  92705

---

03/17/2020

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com