## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : **Bankruptcy No. 16-70697-JAD** |
| **Stanley C. Henderson and** | : |
| **Dorothy E. Henderson,** | : **Chapter 13** |
|      **Debtors** | : |
| | : |
| | : |

### CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 2nd day of June, 2020, a true and correct copy of the Order dated May 29, 2020, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

       HOOVER STONE QUARRY, LLC
       3497 STATE ROUTE 981
       SALTSBURG, PA 15681

       STANLEY C. HENDERSON
       DOROTHY E. HENDERSON
       P.O. BOX 255
       ROBINSON, PA 15949

       Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

| | |
|---|---|
| | Respectfully submitted, |
| Executed on: <u>June 2, 2020</u> | /s/ Jessica L. Tighe |
| | Jessica L. Tighe; Legal Asst. |
| | Law Offices of Kenny P. Seitz |
| | P. O. Box 211 |
| | Ligonier, PA  15658 |
| | (814) 536-7470 |