**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-70697-JAD |
| Stanley C. Henderson and | : | |
| Dorothy E. Henderson, | : | Chapter 13 |
| Debtor | : | |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED
CHAPTER 13 PLAN DATED MAY 27, 2020**

    I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 4th day of June, 2020, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan with attached Amended Chapter 13 Plan dated May 27, 2020, along with a copy of the Order dated June 3, 2020, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: June 4, 2020

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 16-70697-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Fri Oct 21 10:11:20 EDT 2016 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Bayview Loan Servicing<br>4425 Ponce del Leon Boulevard, 5th Floor<br>Miami, FL 33146-1837 |
| Credit Management, LP<br>Attn: Bankruptcy<br>Po Box 118288<br>Carrolton, TX 75011-8288 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Seventh Ave<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Dorothy E. Henderson<br>19 Washington Street<br>Robinson, PA 15949 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Stanely C Henderson<br>19 Washington Street<br>Robinson, PA 15949 | End of Label Matrix<br>Mailable recipients    10<br>Bypassed recipients     0<br>Total                  10 |