**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**WITHDRAWAL OF
APPEARANCES BY ANN E.
SWARTZ, ESQUIRE, IN VARIOUS
OPEN CASES AND ENTRY OF
APPEARANCE OF LAUREN M.
MOYER, ESQUIRE, IN VARIOUS
OPEN CASES**

Miscellaneous No. 21-00203-CMB

## ORDER

AND NOW, this ____17th____ day of _____February_____, 2021, upon consideration of the Omnibus Joint Motion to Withdraw the Appearance of Ann E. Swartz, Esquire, and Enter the Appearance of Lauren M. Moyer, Esquire, it is hereby

ORDERED that the Motion is granted, and Ann E. Swartz, Esquire, is granted leave to withdraw her appearance as counsel of record in the list of cases attached to the Motion as Exhibit "A";  and it us further

ORDERED that the appearance of Lauren M. Moyer, Esquire, is entered as counsel of record for the parties formerly represented by Ann E. Swartz, Esquire, in the list of cases attached to the Motion as Exhibit "A."

Prepared by: Lauren M. Moyer

BY THE COURT:

_____
Carlota M. Böhm                    dmr
Chief United States Bankruptcy Court Judge

FILED
2/17/21 11:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: aala | Date Created: 2/17/2021 |
| Case: 21−00203−CMB | Form ID: pdf900 | Total: 2 |

**Recipients of Notice of Electronic Filing:**

aty        Lauren Moyer        ecfmail@ecf.courtdrive.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

ust        Office of the United States Trustee        Liberty Center.        1001 Liberty Avenue, Suite 970        Pittsburgh, PA 15222

TOTAL: 1