**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/09/2021

IN RE:

STANLEY C HENDERSON
PO BOX 255
ROBINSON, PA  15949
XXX-XX-5101          Debtor(s)

Case No.16-70697 JAD

Chapter 13

DOROTHY E. HENDERSON
19 WASHINGTON STREET
ROBINSON, PA  15949
XXX-XX-1797

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

\*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/9/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **LAUREN M MOYER ESQ**<br>MCCABE WEISBERG & CONWAY LLC<br>123 SOUTH BROAD ST STE 1400<br>PHILADELPHIA, PA 19109 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BAYVIEW LN SVCNG/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **US BANK TRUST NA - TRUSTEE OF IGLOO SERI**<br>C/O SN SERVICING CORP (*)<br>323 5TH ST<br>EUREKA, CA 95501 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 0.00<br>COMMENT: PMT/DECLAR*DK4PMT-LMT*BGN 10/16*FR BAYVIEW-D58*FR WILMINGTON-D62*FR | | CRED DESC: MORTGAGE REGULAR PAYME<br>ACCOUNT NO.: 6408 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 15,364.62<br>COMMENT: 15,365/PL | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5101 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br>CARROLTON, TX 75011 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH MMRL MDMP/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8013 |
| **SEVENTH AVENUE**<br>1112 7TH AVE<br>MONROE, WI 53566 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 284A |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 2,958.40<br>COMMENT: NO GEN UNS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5101 |
| **US BANK TRUST NA - TRUSTEE OF IGLOO SERI**<br>C/O SN SERVICING CORP (*)<br>323 5TH ST<br>EUREKA, CA 95501 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 20,518.57<br>COMMENT: CL2GOV*$CL-PL*THR 9/16*FR BAYVIEW-D58*FR WILMINGTON-D62*FR SPS/DLJ MF | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6408 |
| **US BANK TRUST NA - TRUSTEE OF IGLOO SERI**<br>C/O SN SERVICING CORP (*)<br>323 5TH ST<br>EUREKA, CA 95501 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 02<br>CLAIM: 0.00<br>COMMENT: $250 W/D@OE*D 45*NTC POSTPET FEE/EXP*W/7*FR BAYVIEW-D58*FR WILMINGT( | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 6408 |
| **US BANK TRUST NA - TRUSTEE OF IGLOO SERI**<br>C/O SN SERVICING CORP (*)<br>323 5TH ST<br>EUREKA, CA 95501 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 02<br>CLAIM: 0.00<br>COMMENT: $650 W/D@OE*D 45*NTC POSTPET FEE/EXP*W/7*FR BAYVIEW-D58*FR WILMINGT( | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 6408 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SPS~DLJ MORT/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **SN SERVICING CORP(*)** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 323 5TH ST* | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| EUREKA, CA  95501 | COMMENT:  US BANK/PRAE | |
| **MICHELLE R GHIDOTTI-GONSALVES ESQ** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 1920 OLD TUSTIN AVE | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| SANTA ANA, CA  92705 | COMMENT:  USB - SNS/POA | |