**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  STANLEY C HENDERSON<br>DOROTHY E. HENDERSON<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  STANLEY C HENDERSON<br>DOROTHY E. HENDERSON<br><br>    Respondents | Case No.16-70697JAD<br><br>FILED<br>11/1/21 11:19 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Chapter 13<br><br>Document No. 87 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 1st day of Novmeber, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

Hoover Stone Quarry
3497 Route 981
Saltsburg, PA 15681

is hereby ordered to immediately terminate the attachment of the wages of STANLEY C HENDERSON, social security number XXX-XX-5101. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of STANLEY C HENDERSON.

FURTHER ORDERED:   n/a

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
jsf
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70697-JAD |
| Stanley C. Henderson | Chapter 13 |
| Dorothy E. Henderson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 1 of 2 |
| Date Rcvd: Nov 01, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stanley C. Henderson, PO Box 255, Robinson, PA 15949-0255 |
| jdb | | Dorothy E. Henderson, 19 Washington Street, Robinson, PA 15949 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2021            Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing as servicer for DLJ Mortgage Capital  Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital  Inc. bnicholas@kmllawgroup.com |
| Brian E. Caine | on behalf of Creditor US Bank Trust NA bcaine@parkermccay.com  BKcourtnotices@parkermccay.com |
| Celine P. DerKrikorian | |

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 2 of 2 |
| Date Rcvd: Nov 01, 2021 | Form ID: pdf900 | Total Noticed: 2 |

    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com

Kenneth P. Seitz
    on behalf of Joint Debtor Dorothy E. Henderson thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Debtor Stanley C. Henderson thedebterasers@aol.com

Lauren Moyer
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10