**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Stanley C. Henderson
Dorothy E. Henderson
fka Dorothy E. Brownfield**
   Debtor(s)

Bankruptcy Case No.: 16−70697−JAD

Chapter: 13
Docket No.: 91 − 90

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 24th of November, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/10/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/19/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/10/22.**

   <u>Jeffery A. Deller</u>
   United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

Case 16-70697-JAD    Doc 92    Filed 11/26/21    Entered 11/27/21 00:25:27    Desc Imaged
                               Certificate of Notice    Page 2 of 3

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Stanley C. Henderson  
Dorothy E. Henderson  
    Debtors

Case No. 16-70697-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: jfur      Page 1 of 2  
Date Rcvd: Nov 24, 2021      Form ID: 408      Total Noticed: 12

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stanley C. Henderson, PO Box 255, Robinson, PA 15949-0255 |
| jdb | | Dorothy E. Henderson, 19 Washington Street, Robinson, PA 15949 |
| cr | + | U.S. Bank Trust National Association as Trustee of, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Wilmington Savings Fund Society, FSB, not in its i, The Law Offices of Michelle Ghidotti, 1920 Old Tustin Avenue, Santa Ana, CA 92705-7811 |
| 15072651 | | Select Portfolio Servicing, Inc.,, as servicing agent for, DLJ Mortgage Capital, Inc., Attn: Remittance Processing, P.O. Box 65450 Salt Lake City, UT 84165-0450 |
| 15177287 | + | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14912272 | + | Wilmington Savings Fund Society, FSB, c/o Kondaur Capital Corporation, 333 South Anita Drive, Ste. 400, Orange, CA 92868-3314 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14301953 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 24 2021 23:13:00 | Bayview Loan Servicing, 4425 Ponce del Leon Boulevard, 5th Floor, Miami, FL 33146-1873 |
| 14374714 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 24 2021 23:13:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 14301954 | + | Email/Text: EBN@thecmigroup.com | Nov 24 2021 23:13:00 | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrolton, TX 75011-8288 |
| 14301955 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 24 2021 23:13:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14301956 | + | Email/Text: bankruptcy@sccompanies.com | Nov 24 2021 23:13:00 | Seventh Ave, 1112 7th Ave, Monroe, WI 53566-1364 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | DLJ Mortgage Capital, Inc. |
| cr | | Select Portfolio Servicing as servicer for DLJ Mor |
| cr | | US Bank Trust NA |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital  Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing as servicer for DLJ Mortgage Capital  Inc. bnicholas@kmllawgroup.com |
| Brian E. Caine | on behalf of Creditor US Bank Trust NA bcaine@parkermccay.com  BKcourtnotices@parkermccay.com |
| Celine P. DerKrikorian | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Dorothy E. Henderson thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Stanley C. Henderson thedebterasers@aol.com |
| Lauren Moyer | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10