**Fill in this information to identify the case:**

Debtor 1: Stanley C. Henderson

Debtor 2 (Spouse, if filing): Dorothy E. Henderson fka Dorothy E. Brownfield

United States Bankruptcy Court for the: Western District of PA (State)

Case number: 16-70697-JAD

# Form 4100R
# Response to Notice of Final Cure Payment  10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust

**Last 4 digits** of any number you use to identify the debtor's account: 6 4 0 8

**Court claim no.** (if known): 2-1

**Property address:** 19 Washington Street
Number   Street

Robinson   PA   15949
City   State   ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12 / 01 / 2021
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/___/_____
MM / DD / YYYY

Debtor 1  **Stanley C. Henderson**
_____
First Name    Middle Name    Last Name

Case number (*if known*) **16-70697-JAD**
_____

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ **/s/ Richard J. Tracy, III**
Signature

Date  **12** / **22** / **2021**

Print   **Richard J. Tracy, III**
First Name    Middle Name    Last Name

Title  _____

Company   **Friedman Vartolo LLP**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   **1325 Franklin Avenue, Suite 160**
Number    Street

**Garden City**                **NY**      **11530**
City                           State     ZIP Code

Contact phone ( **212** ) **471** – **5100**

Email  **bankruptcy@friedmanvartolo.com**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| | : Bankruptcy Case No. 16-70697-JAD |
| Stanley C. Henderson | : |
| Dorothy E. Henderson | : Chapter 13 |
| fka Dorothy E. Brownfield, | : |
|       Debtors | : Judge: Jeffery A. Deller |
| | : |
| SN Servicing Corporation as Servicer for U.S. | : |
| Bank Trust National Association, as | : |
| Trustee of the Chalet Series IV Trust, | : |
| Movant | : |
| | : |
| Stanley C. Henderson | : |
| Dorothy E. Henderson | : |
| fka Dorothy E. Brownfield, | : |
| Respondents | : |

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on __December 22, 2021__

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail and electronic notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:  December 22, 2021

                                          FRIEDMAN VARTOLO, LLP.

                                          By: /s/ *Richard J. Tracy, III*
                                          Richard J. Tracy, III, Esq.
                                          FRIEDMAN VARTOLO LLP
                                          Attorneys for Movant
                                          1325 Franklin Avenue, Suite 160
                                          Garden City, New York 11530
                                          T: (212) 471-5100
                                          F: (212) 471-5150
                                          Bankruptcy@FriedmanVartolo.com

**Service by NEF**

**Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

**Debtors' Counsel**
Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
814-536-7470
Email: thedebterasers@aol.com

**U.S. Trustee**
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

**Service by First-Class Mail**

**Debtor**
Stanley C. Henderson
PO Box 255
Robinson, PA 15949

Dorothy E. Henderson
fka Dorothy E. Brownfield
19 Washington Street
Robinson, PA 15949