**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

Modified

**DEFAULT O/E JAD**

IN RE:
    STANLEY C HENDERSON
    DOROTHY E. HENDERSON
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-70697 JAD

Chapter 13

Document No.:90

FILED
1/12/22 11:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this _____12th_____ day of ____January_____, 20_22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

(7) The Debtor(s) SHALL FILE his/her Financial Management Course Certificate And Certificate Of Discharge Eligibility by ____2/2/2022_____ or sanctions may be imposed.

BY THE COURT

jsf

U.S. BANKRUPTCY JUDGE

Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 16-70697-JAD

Stanley C. Henderson                                                            Chapter 13

Dorothy E. Henderson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                     User: mgut                                    Page 1 of 2

Date Rcvd: Jan 12, 2022                  Form ID: pdf900                                Total Noticed: 14

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stanley C. Henderson, PO Box 255, Robinson, PA 15949-0255 |
| jdb | | Dorothy E. Henderson, 19 Washington Street, Robinson, PA 15949 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| cr | + | U.S. Bank Trust National Association as Trustee of, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Wilmington Savings Fund Society, FSB, not in its i, The Law Offices of Michelle Ghidotti, 1920 Old Tustin Avenue, Santa Ana, CA 92705-7811 |
| 15072651 | | Select Portfolio Servicing, Inc.,, as servicing agent for, DLJ Mortgage Capital, Inc., Attn: Remittance Processing, P.O. Box 65450 Salt Lake City, UT 84165-0450 |
| 15441454 | + | U.S. Bank National Association as Trustee, of the Chalet Series IV Trust, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 15177287 | + | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14912272 | + | Wilmington Savings Fund Society, FSB, c/o Kondaur Capital Corporation, 333 South Anita Drive, Ste. 400, Orange, CA 92868-3314 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14301953 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 13 2022 00:00:00 | Bayview Loan Servicing, 4425 Ponce del Leon Boulevard, 5th Floor, Miami, FL 33146-1873 |
| 14374714 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 13 2022 00:00:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 14301954 | + | Email/Text: EBN@thecmigroup.com | Jan 13 2022 00:00:00 | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrolton, TX 75011-8288 |
| 14301955 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 13 2022 00:01:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14301956 | + | Email/Text: bankruptcy@sccompanies.com | Jan 13 2022 00:01:00 | Seventh Ave, 1112 7th Ave, Monroe, WI 53566-1364 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | DLJ Mortgage Capital, Inc. |
| cr | | Select Portfolio Servicing as servicer for DLJ Mor |
| cr | | US Bank Trust NA |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0315-7                                           User: mgut                                           Page 2 of 2
Date Rcvd: Jan 12, 2022                                        Form ID: pdf900                                      Total Noticed: 14

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2022                             Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital  Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing as servicer for DLJ Mortgage Capital  Inc. bnicholas@kmllawgroup.com |
| Brian E. Caine | on behalf of Creditor US Bank Trust NA bcaine@parkermccay.com  BKcourtnotices@parkermccay.com |
| Celine P. DerKrikorian | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Dorothy E. Henderson thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Stanley C. Henderson thedebterasers@aol.com |
| Marisa Myers Cohen | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard Tracy | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Chalet Series IV Trust bankruptcy@friedmanvartolo.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11